Goldie Buehler, Appellee, v. Albert C. Buehler, Appellant.

Gen. No. 43,263.

opinion filed June 28, 1946; released for publication July 13, 1946. Petit, Olin & Overmyer and Farthing, Farthing & Feickert, for appellant; Paul Farthing, Adelor J. Petit, Jr. and Franklin R. Overmyer, of counsel; Brill, May & Spear, for appellee; Harry May, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.